IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19-CR-061 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| DAVID ROMINE, | : | 18 U.S.C. § 641 |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 641)

On or about March 8, 2019, in the Southern District of Ohio, the Defendant, **DAVID ROMINE**, did willfully embezzle, steal, purloin, and knowingly convert to his use or the use of another, a thing of value of the United States, to wit: property of the Army and Air Force Exchange Service.

In violation of 18 U.S.C. § 641.

BENJAMIN C. GLASSMAN
United States Attorney

*[signature]*

JULIENNE MCCAMMON
Special Assistant United States Attorney